## Commonwealth *v.* Leamer, Appellant.

Submitted December 3, 1973. *T. Dean Lower,* for appellant; *Amos Davis,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: The order of the court below is vacated and the record remanded for a hearing on

the issues raised by the original or an amended post-conviction petition.

WRIGHT, P. J., dissents.

SPAULDING, J., absent.